UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00048 |
| | ) | JUDGE CAMPBELL |
| CHARLES WARD, JR. | ) | |

ORDER

Pending before the Court is a Motion to Permit Second Chair Counsel to Travel at the Government Rate and be Reimbursed for Travel Expenses (Docket No. 28). The Motion is DENIED. The proposed expense is not necessary for the effective representation of the Defendant.

It is so ORDERED.

                                                 _____
                                                 TODD J. CAMPBELL
                                                 UNITED STATES DISTRICT JUDGE